```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 14446
   ANGELA D HALL
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-7024


-----------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 06/05/08 and confirmed on 07/30/08.

    2.   The case was converted to Chapter 7 after confirmation, 01/30/2009.

    3.   The Debtor paid a total of $   1350.00 .

    4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC AUTO FINANCE | SECURED VEHIC | 5025.00 | 119.09 | 1156.11 |
| HARRIS & HARRIS LTD | UNSECURED | NOT FILED | .00 | .00 |
| MICHAEL PEKAY | UNSECURED | NOT FILED | .00 | .00 |
| CAVALRY SPV II LLC | UNSECURED | NOT FILED | .00 | .00 |
| ALLIANCE ONE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CASHNET USA | UNSECURED | NOT FILED | .00 | .00 |
| BYL AGENCY LTD | UNSECURED | NOT FILED | .00 | .00 |
| RECEIVABLES MANAGEMENT I | UNSECURED | NOT FILED | .00 | .00 |
| CMI | UNSECURED | NOT FILED | .00 | .00 |
| EXCEL | UNSECURED | NOT FILED | .00 | .00 |
| FBCS INC | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLE FIRST COM | UNSECURED | NOT FILED | .00 | .00 |
| JEWEL FOOD STORES INC | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| MERRICK BANK | UNSECURED | NOT FILED | .00 | .00 |
| PREMIUM ASSET RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| CBUSA | UNSECURED | NOT FILED | .00 | .00 |
| SICMA HEALTH | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| ST JAMES RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| CBUSA | UNSECURED | NOT FILED | .00 | .00 |
| ST JAMES OLYMPIA FIELDS | UNSECURED | NOT FILED | .00 | .00 |
| ST JAMES HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ST MARGARET MERCY HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| TREMONT FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| TRUSTMARK RECOVERY SRV | UNSECURED | NOT FILED | .00 | .00 |

```
UNIVERSITY OF CHICAGO       UNSECURED      NOT FILED              .00          .00
UNIVERSITY OF CHICAGO       UNSECURED      NOT FILED              .00          .00
UNIVERSITY OF CHICAGO       UNSECURED      NOT FILED              .00          .00
RECEIVABLES MANAGEMENT I    UNSECURED      NOT FILED              .00          .00
WELL GROUP HEALTH PARTNE    UNSECURED      NOT FILED              .00          .00
GLOBAL FINANCIAL SERVICE    UNSECURED      NOT FILED              .00          .00
GUARANTY BANK               UNSECURED      NOT FILED              .00          .00
ST MARGARET MERCY HEALTH    UNSECURED      NOT FILED              .00          .00
HSBC AUTO FINANCE           UNSECURED         3230.77             .00          .00
     Summary of disbursements:
--------------------------------------------------------------------------------
                  SECURED     PRIORITY     UNSECURED       OTHER        TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     5025.00      .00       3230.77         .00      8255.77
PRINCIPAL PAID         1156.11      .00           .00         .00      1156.11
INTEREST PAID           119.09      .00           .00         .00       119.09
TOTAL PAID             1275.20      .00           .00         .00      1275.20
The Debtor's attorney, THOMAS M BRITT            , was allowed $         .00
and was paid $       .00 .

The Trustee received $     74.80 .

Refunds to the Debtor totaled $       .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/13/09                      /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE




                             PAGE   2
            CASE NO. 08 B 14446 ANGELA D HALL